PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

RECEIVED
WILLIAM T. WALSH, CLERK

2005 JUL 29 P 4: 01

UNITED STATES
DISTRICT COURT

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Anthony Heath                                          Cr.: 98-00031-001

Name of Sentencing Judicial Officer: The Honorable William G. Bassler

Date of Original Sentence: 4/6/1999

Original Offense: Conspiracy to Deal in Firearms Without a License, in violation of Title 18: U.S.C. § 371

Original Sentence: 46 months imprisonment followed by 3 years supervised release with special conditions for drug treatment and to pay $500 fine and $50 special assessment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 6/26/2003

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant shall reside for a period of 30 days in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program. Said period is to commence upon the completion of the term of home confinement the defendant is currently serving. The home confinement term is scheduled to expire on or about September 18, 2005.

## CAUSE

On July 12, 2005 the offender submitted a urine sample which tested positive for marijuana utilizing a Biomedica Rapid Screen 3 Panel instant drug test. The offender initially denied using any illegal drugs, but on July 18, 2005 he signed an Admission of Drug Use indicating he had smoked marijuana on or about July 6, 2005. This issue of non-compliance occurred while the offender was already serving a 6 month period of home confinement/electronic monitoring. The home confinement sanction, which commenced on March 18, 2005 was imposed as a result of the offender sustaining a conviction for Receiving Stolen Property in Moorestown Municipal Court which was previously reported to the Court.

PROB 12B - Page 2
Anthony Heath

Respectfully submitted,

By: Steven Alfrey
U.S. Probation Officer
Date: July 20, 2005

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

July 29 2005
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside for a period of thirty (30) in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program. Said period is to commence upon the completion of the term of home confinement the defendant is currently serving. The home confinement term is scheduled to expire on or about September 18, 2005.

Witness: _____    Signed: X _____
United States Probation Officer                  Probationer or Supervised Releasee
Steven Alfrey                                    Anthony Heath

7/20/05
DATE